

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:LXN
F.#2009R01652

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 29, 2011

<u>By Hand and ECF</u>

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   RE: <u>United States v. Alan Berkun</u>
     <u>Criminal Docket Nos. 00-930, 00-1248(S-1),</u>
     <u>01-1457, 10-512, 11-214</u>

Dear Judge Glasser:

  The government writes in response to the Court's December 7, 2011 request that the government identify the counts that it will seek to have dismissed at the defendant's sentencing on January 5, 2012.

  <u>00-CR-930</u>

  The defendant pleaded guilty to Count One.  The government will move to dismiss Count Two.

  <u>00-CR-1248 (S-1)</u>

  The defendant pleaded guilty to Counts One and Thirteen of the first superseding indictment.

  At sentencing, the government will move to dismiss Counts 6, 7, 14, 52-55, 60-61, 62-83, 84-86, 87-88, 89-90, 91-93 and 94 of the first superseding indictment.  The defendant was also named in the second superseding indictment in Counts 1, 6, 7, 16, 17, 55-58, 63-64, 65-86, 87-89, 90-91, 92-93, 94-96 and 97.  The government will move to dismiss those counts as well.  The defendant was not named in the initial indictment in this case.

  <u>01-CR-1457</u>

  The defendant pleaded guilty to Count One.  The government will move to dismiss Count Two.

<u>10-CR-512</u>

The defendant pleaded guilty to a one-count indictment. There are no open counts.

<u>11-CR-214</u>

The defendant pleaded guilty to a one-count information. There are no open counts.

> Very truly yours,
>
> LORETTA E. LYNCH
> United States Attorney
>
> By: _____/s/_____
> Lan Nguyen
> Assistant U.S. Attorney
> (718) 254-6162

cc: Clerk of Court (ILG)(By ECF)
    Jeff Hoffman, Esq./Susan Wolfe, Esq. (By Email)
    Mary Ann Betts, Probation Department (By Email)